UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROVIDENCE REGIONAL MEDICAL CENTER EVERETT, et al.,<br><br>Plaintiffs,<br>v.<br><br>NORRIS COCHRAN,<br><br>Defendant. | CASE NO. C21-0122JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable Robert J. Bryan as related to C18-5731RJB and C18-1612RJB.  All future pleadings shall bear the cause number C21-0122RJB.

//

//

MINUTE ORDER - 1

1    Filed and entered this 26th day of February, 2021.

2
                WILLIAM M. MCCOOL
                Clerk of Court

3

                s/ Ashleigh Drecktrah
4                Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2